1  Boris Avramski, Esq.
   Nevada Bar No. 11350
2  MARATHON LAW GROUP, PLLC
   2012 Hamilton Lane
3  Las Vegas, NV 89106
   Tel.: 702-522-1808
4  Fax: 702-685-3625
   Email: Boris@marathonlawgroup.com
5  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MISAEL RAMOS an individual, | Case No.: 2:24-cv-02128-CDS-NJK |
| Plaintiff | **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO LVMPD DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| STEVEN THOMPSON, an individual; C. BECK, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | **(FIRST REQUEST)** |
| Defendants | [ECF No. 6] |

Plaintiff, Misael Ramos, through his attorney of record Boris Avramski, Esq., from MARATHON LAW GROUP, PLLC, and Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Caroline Beck (sued as "C. Beck"), and Steven Thompson (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, hereby stipulate and agree to extend the time for Plaintiff to respond to LVMPD Defendants' Motion to Dismiss [ECF No. 4] from December 2, 2024, to December 11, 2024.

The Parties further stipulate and agree that the LVMPD Defendants' deadline to file a reply to Plaintiff's response shall be December 20, 2024.

…

…

…

This is the Parties' first request for an extension, and neither party will suffer prejudice as a result of this extension.

DATED this 27th day of November 2024.   DATED this 27th day of November 2024.

MARATHON LAW GROUP, PLLC   KAEMPFER CROWELL

/s/ Boris Avramski   /s/Kristopher Kalkowski
Boris Avramski, Esq.   LYSSA S. ANDERSON
Nevada Bar No. 11350   Nevada Bar No. 5781
MARATHON LAW GROUP, PLLC   KRISTOPHER J. KALKOWSKI
2012 Hamilton Lane   Nevada Bar No. 14892
Las Vegas, NV 89106   KAEMPFER CROWELL
Tel.: 702-522-1808   1980 Festival Plaza Drive, Suite 650
Fax: 702-685-3625   Las Vegas, Nevada 89135
Email: Boris@marathonlawgroup.com   Telephone: (702) 792-7000
*Attorney for Plaintiff*   Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants*
*Caroline Beck, Steven Thompson, and*
*Las Vegas Metropolitan Police Department*

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** December 2, 2024