# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MISAEL RAMOS,

    Plaintiff(s),

v.

STEVEN THOMPSON, et al.,

    Defendant(s).

Case No. 2:24-cv-02128-CDS-NJK

**Order**

[Docket No. 5]

    Pending before the Court is Defendants' motion for demand for security of costs. Docket No. 5. That motion was filed on November 18, 2024, and no response has been filed.[1] Accordingly, the Court **GRANTS** the motion as unopposed. *See* Local Rule 7-2(d). Plaintiff must post a cost bond of $500 by January 8, 2025.

    IT IS SO ORDERED.

    Dated: December 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The parties stipulated to extend the briefing schedule on Defendants' motion to dismiss, but not as to the motion for demand for security of costs. *See* Docket No. 6. As such, the deadline for the motion for demand for security of costs has lapsed.