1  Boris Avramski, Esq.
   Nevada Bar No. 11350
2  MARATHON LAW GROUP, PLLC
   2012 Hamilton Lane
3  Las Vegas, NV 89106
   Tel.: 702-522-1808
4  Fax: 702-685-3625
   Email: Boris@marathonlawgroup.com
5  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MISAEL RAMOS an individual, | Case No.: 2:24-cv-02128-CDS-NJK |
| Plaintiff | **STIPULATION AND ORDER TO WITHDRAW AND STRIKE PLAINTIFF'S RESPONSE TO LVMPD DEFENDANTS' MOTION TO DISMISS AND MODIFY BRIEFING SCHEDULE** |
| vs. | |
| STEVEN THOMPSON, an individual; C. BECK, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision on the State of Nevada; DOES II through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **(SECOND REQUEST)** [ECF No. 12] |
| Defendants | |

Plaintiff, Misael Ramos, through his attorney of record Boris Avramski, Esq., from MARATHON LAW GROUP, PLLC, and Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Caroline Beck (sued as "C. Beck"), and Steven Thompson (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, hereby stipulate and agree to Plaintiff withdrawing his *RESPONSE TO LVMPD DEFENDANTS' MOTION TO DISMISS* [ECF No. 11] and modify the briefing schedule on *LVMPD DEFENDANTS' MOTION TO DISMISS* [ECF No. 4].

Recently discovered information mandates that Plaintiff make changes to the factual allegations in his Proposed Amended Complaint attached as Exhibit 1 to *PLAINTIFF'S RESPONSE TO LVMPD DEFENDANTS' MOTION TO DISMISS* [ECF No. 11].

Therefore, the Parties hereby stipulate and agree that *PLAINTIFF'S RESPONSE TO*

*LVMPD DEFENDANTS' MOTION TO DISMISS* [ECF No. 11] is hereby withdrawn and shall be stricken from the record.

The Parties further stipulate and agree that Plaintiff shall file a response to *LVMPD DEFENDANTS' MOTION TO DISMISS* [ECF No. 4] by December 20, 2024.

The Parties further stipulate and agree that the LVMPD Defendants' deadline to file a reply to Plaintiff's response shall be <u>January 2</u>, 2024.

This is the Parties' second request to change the briefing schedule on *LVMPD DEFENDANTS' MOTION TO DISMISS*.

DATED this 16th day of December 2024.

MARATHON LAW GROUP, PLLC

/s/ Boris Avramski
Boris Avramski, Esq.
Nevada Bar No. 11350
MARATHON LAW GROUP, PLLC
2012 Hamilton Lane
Las Vegas, NV 89106
Tel.: 702-522-1808
Fax: 702-685-3625
Email: Boris@marathonlawgroup.com
*Attorney for Plaintiff*

DATED this 16th day of December 2024.

KAEMPFER CROWELL

/s/Kristopher Kalkowski
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants
Caroline Beck, Steven Thompson, and
Las Vegas Metropolitan Police Department*

## ORDER

Based on the parties' stipulation, plaintiff's response to defendants' motion to dismiss **[ECF No. 11] is withdrawn and stricken**. The deadline for plaintiff to file a response is extended to December 20, 2024, with the defendants' reply due on January 2, 2025.

December 19, 2024

_____
UNITED STATES DISTRICT JUDGE