1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
5  Fax:            (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com

7  *Attorneys for Defendants*
   *Caroline Beck, Steven Thompson, and*
8  *Las Vegas Metropolitan Police Department*

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

| | |
|---|---|
| 11  MISAEL RAMOS, an individual, | Case No.:  2:24-cv-02128-CDS-NJK |
| 12          Plaintiff | **Order Approving** <br> **STIPULATION TO EXTEND** |
| 13  v. | **DEADLINE TO FILE REPLY** |
| 14  STEVEN THOMPSON, an individual; C. BECK, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision on the State of Nevada, inclusive, | *First Request* <br><br> [ECF No. 24] |
| 17          Defendants | |

18       Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Caroline Beck

19  (sued as "C. Beck") and Steven Thompson (collectively "LVMPD Defendants"), stipulate and

20  agree with Plaintiff Misael Ramos to extend LVMPD Defendants' deadline to file a Reply in

21  support of the Motion to Dismiss, (ECF No. 22), by fourteen days.  The current deadline is

22  October 8, 2025.  The extended deadline will be October 22, 2025.

23       This stipulation arises under Local Rule IA 6-1, which imposes a good cause requirement

24  to extend a deadline before it expired.  This stipulation is the first request to extend the Reply

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.282

Page 1 of 2

deadline, and it is necessary to allow LVMPD Defendants' counsel additional time to prepare a Reply due to a recently intensive schedule for other matters, including four depositions within the past eight days and two hearings during that same time period. Additionally, LVMPD Defendants have agreed to provide Plaintiff's counsel access to body camera footage that may impact briefing. The parties stipulate and agree that these reasons constitute good cause to extend the Reply deadline, and that this request is not for purposes of delay.

DATED this 7th day of October, 2025.

WOOLDRIDGE LAW LTD.

*/s/ Boris Avramski*
Boris Avramski
MARATHON LAW GROUP
2012 Hamilton Lane
Las Vegas, NV 89106
Tel.: 702-522-1808
**Attorney for Plaintiff**

DATED this 8th day of October, 2025.

KAEMPFER CROWELL

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
**Attorneys for LVMPD Defendants**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 10, 2025

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.282

Page 2 of 2