1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
5  Fax:            (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com

7  *Attorneys for Defendants*
   *Caroline Beck, Steven Thompson, and*
8  *Las Vegas Metropolitan Police Department*

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  MISAEL RAMOS, an individual,          Case No.:  2:24-cv-02128-CDS-NJK

12              Plaintiff                        **Order Approving**
                                          **STIPULATION TO EXTEND**
13  v.                                       **DEADLINE TO FILE**
                                             **REPLY [ECF No. 22]**
14  STEVEN THOMPSON, an individual; C.
    BECK, an individual; LAS VEGAS               *Second Request*
15  METROPOLITAN POLICE
    DEPARTMENT, a political subdivision on       [ECF No. 26]
16  the State of Nevada, inclusive,

17              Defendants

18       Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Caroline Beck

19  (sued as "C. Beck") and Steven Thompson (collectively "LVMPD Defendants"), stipulate and

20  agree with Plaintiff Misael Ramos to extend LVMPD Defendants' deadline to file a Reply in

21  support of the Motion to Dismiss, (ECF No. 22), by fourteen days.  The current deadline is

22  October 22, 2025, which arose after the parties' first stipulation to extend the Reply deadline.

23  The extended deadline will be November 5, 2025.

24       This stipulation arises under Local Rule IA 6-1, which imposes a good cause requirement

1  to extend a deadline before it expires.  This stipulation is the second request to extend the Reply

2  deadline, and it is necessary to allow the parties additional time to discuss recently provided

3  body camera footage that may impact briefing.  The parties stipulate and agree that this reason

4  constitutes good cause to extend the Reply deadline, and that this request is not for purposes of

5  delay.

6  DATED this 21st day of October, 2025.          DATED this 17th day of October, 2025.

7  WOOLDRIDGE LAW LTD.                          KAEMPFER CROWELL

8  _/s/ Boris Avramski_                              _/s/ Lyssa S. Anderson_

9  Boris Avramski                                LYSSA S. ANDERSON
   MARATHON LAW GROUP                        Nevada Bar No. 5781
   2012 Hamilton Lane                            KRISTOPHER J. KALKOWSKI
10 Las Vegas, NV 89106                          Nevada Bar No. 14892
   Tel.: 702-522-1808                            1980 Festival Plaza Drive, #650
11 **Attorney for Plaintiff**                        Las Vegas, Nevada 89135
                                                **Attorneys for LVMPD Defendants**

12

13                          **IT IS SO ORDERED.**

14

15

16

                          _____
                          UNITED STATES DISTRICT JUDGE
17                          Dated: October 22, 2025

18

19

20

21

22

23

24