Boris Avramski, Esq.
Nevada Bar No. 11350
MARATHON LAW GROUP, PLLC
2012 Hamilton Lane
Las Vegas, NV 89106
Tel.: 702-522-1808
Fax: 702-685-3625
Email: Boris@marathonlawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MISAEL RAMOS an individual,<br><br>Plaintiff<br><br>vs.<br><br>STEVEN THOMPSON, an individual; C. BECK, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision on the State of Nevada; DOES II through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | Case No.: 2:24-cv-02128-CDS-NJK<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO AMEND HIS FIRST AMENDED COMPLAINT**<br><br>[ECF No. 28] |

Plaintiff, Misael Ramos, through his attorney of record Boris Avramski, Esq., from MARATHON LAW GROUP, PLLC, and Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Caroline Beck (sued as "C. Beck"), and Steven Thompson (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, hereby stipulate and agree to allow Plaintiff to amend his *FIRST AMENDED COMPLAINT* [ECF No. 21] and to deny *LVMPD DEFENDANTS' MOTION TO DISMISS* [ECF No. 22].

Recently discovered information mandates that Plaintiff make changes to the factual allegations in his *FIRST AMENDED COMPLAINT* [ECF No. 21].

Therefore, the Parties hereby stipulate and agree to allow Plaintiff to amend his *FIRST AMENDED COMPLAINT* [ECF No. 21] and file the attached SECOND AMENDED COMPLAINT.

The Parties further stipulate and agree that *LVMPD DEFENDANTS' MOTION TO DISMISS* [ECF No. 22] Plaintiff's FIRST AMENDED COMPLAINT [ECF No. 21] is rendered moot by way of this stipulation and shall be denied as such.

The Parties further stipulate and agree that Plaintiff shall file and serve his *SECOND AMENDED COMPLAINT* within five (5) days after this order is entered on the docket.

The Parties further stipulate that nothing in this stipulation shall preclude Defendants from filing a motion to dismiss Plaintiff's *SECOND AMENDED COMPLAINT*.

This stipulation is not entered into for purposes of delay and neither party will suffer prejudice.

DATED this 5th day of November 2025.

MARATHON LAW GROUP, PLLC

/s/ Boris Avramski
Boris Avramski, Esq.
Nevada Bar No. 11350
MARATHON LAW GROUP, PLLC
2012 Hamilton Lane
Las Vegas, NV 89106
Tel.: 702-522-1808
Fax: 702-685-3625
Email: Boris@marathonlawgroup.com
*Attorney for Plaintiff*

DATED this 5th day of November 2025.

KAEMPFER CROWELL

/s/Kristopher Kalkowski
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants*
*Caroline Beck, Steven Thompson, and*
*Las Vegas Metropolitan Police Department*

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Based on the parties' stipulation, the plaintiff must file and serve his second amended complaint by November 25, 2025. Accordingly, the defendants' motion to dismiss **[ECF No. 22] is denied as moot**. |

Dated: November 18, 2025

_____
**UNITED STATES DISTRICT JUDGE**