Boris Avramski, Esq.
Nevada Bar No. 11350
MARATHON LAW GROUP, PLLC
2012 Hamilton Lane
Las Vegas, NV 89106
Tel.: 702-522-1808
Fax: 702-685-3625
Email: Boris@marathonlawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MISAEL RAMOS an individual,<br><br>    Plaintiff<br><br>v.<br><br>STEVEN THOMPSON, an individual; C. BECK, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision on the State of Nevada; DOES II through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants | Case No.: 2:24-cv-02128-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO LVMPD DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 32] |

Plaintiff, Misael Ramos, through his attorney of record Boris Avramski, Esq., from MARATHON LAW GROUP, PLLC, and Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Caroline Beck (sued as "C. Beck"), and Steven Thompson (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, hereby stipulate and agree to extend the time for Plaintiff to respond to LVMPD Defendants' Motion to Dismiss [ECF No. 31] from December 23, 2025, to January 9, 2026.

The Parties further stipulate and agree that the LVMPD Defendants' deadline to file a reply to Plaintiff's response shall be January 23, 2026.

…

…

…

Page 1 of 2

This is the Parties' first request for an extension, and neither party will suffer prejudice as a result of this extension.

DATED this 19th day of December 2025.

MARATHON LAW GROUP, PLLC

/s/ Boris Avramski
Boris Avramski, Esq.
Nevada Bar No. 11350
MARATHON LAW GROUP, PLLC
2012 Hamilton Lane
Las Vegas, NV 89106
Tel.: 702-522-1808
Fax: 702-685-3625
Email: Boris@marathonlawgroup.com
*Attorney for Plaintiff*

DATED this 19th day of December 2025.

KAEMPFER CROWELL

/s/Kristopher Kalkowski
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants
Caroline Beck, Steven Thompson, and
Las Vegas Metropolitan Police Department*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:**  December 19, 2025