# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Misael Ramos, | Case No. 2:24-cv-02128-CDS-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 36] |
| Steven Thompson, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to stay discovery pending resolution of Defendants' motion to dismiss the second amended complaint. Docket No. 36; *see also* Docket No. 31 (motion to dismiss).[1] Having considered the governing standards, *see, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581-84 (D. Nev. 2013), the Court finds that a stay of discovery is warranted. Accordingly, the motion to stay discovery is **GRANTED**. If resolution of the underlying motion to dismiss does not result in termination of this action, the parties must confer and file a joint discovery plan within 21 days of that resolution.

IT IS SO ORDERED.

Dated: January 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court previously stayed discovery pending resolution of the initial motion to dismiss. Docket No. 16; *see also* Docket No. 4 (motion to dismiss). That motion to dismiss was granted with leave to amend. Docket No. 20.

1